### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OMAR MADDOX** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 12-7110 |
| | : | |
| **LOUIS S. FOLINO, et al** | : | |

### ORDER

**AND NOW**, this 18th day of September, 2013, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Respondents' Answer to Petition for Writ of Habeas Corpus (Document No. 8), the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski (Document No. 9) and the petitioner's objections to the Report and Recommendation (Document No. 10), and after a thorough and independent review of the record, it is **ORDERED** that:

1. The petitioner's objections are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Sitarski is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of Habeas Corpus is **DENIED**; and,

4. There is no probable cause to issue a certificate of appealability.

                                                       /s/Timothy J. Savage
                                                      TIMOTHY J. SAVAGE,  J.